IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISON

FILED by **PG** D.C.

FEB 17 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

JOSE DAMASO QUIROS

→ **16-20565-CIV-WILLIAMS/SIMONTON**

    PLAINTIFF

    Vs.                                                                Complaint for a Civil Case

SANDRA SALAZAR,                                     Case No_____

LUIS AGUADO,

GERALD LEON BRANTLEY JR.               Jury Trial [X] Yes [ ] No

    DEFENDANTS

_____/

**I.   The Parties to this Complaint**

   A.  The Plaintiff(s)
      Jose Damaso Quiros
      1051 NE 30th Avenue
      Homestead, Florida 33033
      (786) 410-8947
      Lucky777321@yahoo.com

   B.  The Defendant(s)
      Defendant No.1
      Sandra Salazar
      1044 NE 30th Avenue
      Homestead, Florida 33033

      Defendant No. 2
      Luis Aguado
      1044 NE 30th Avenue
      Homestead, Florida 33033

      Defendant No. 3
      Gerald Leon Brantley Jr.
      1046 NE 30th Avenue
      Homestead, Florida 33033

II. **Basis for Jurisdiction**

The United States District Court for The Southern District of Florida has subject matter and jurisdiction over the parties pursuant to Under 28 U.S.C. Subsection 1331, a case arising under the United States Constitution or federal laws is a federal question case.

A. The Federal Statues that give basis for a Federal question jurisdiction in this complaint is Title 42 U.S. Code Subsection 1985(3) Conspiracy to interfere with civil rights.

III. **Statement of Claim**

The Defendants Sandra Salazar, Luis Aguado, and Gerald Leon Brantley Jr. commencing January of 2014, co-conspired and interfered with the civil rights and privileges of the Plaintiff and continue to do so specifically because of him being an English speaking White Hispanic who rents a townhouse where the Defendant's assert to the Rule stating that it is a Black Neighborhood and that they, not the rule of Law, chooses who or who does not live in the association community of Villas at Portofino East. On January 2014, the Plaintiff called the Police to report drug dealers soliciting to sell drugs to his son and the drug dealers were African American. Because of the police report the plaintiff initiated, the Defendants co-conspired with each other and interfered with the investigation being conducted and intentionally lied to the authorities about the drug dealing in the community to thwart all attempts of cleaning the neighborhood of drug dealers. The Plaintiff became a target of the constant hostilities from the Defendants being: intimidation, derogatory insults in front of other persons and being physically attacked by unknown assailants from outside the community and stalking right at the footsteps of my homes front door. Local Law Enforcement would refuse to act because the Defendants would all unite and deliberately lie about the statement Plaintiff made. Because of this the Plaintiff has not been able to be secure in his person, safe in the community, tranquil at his household and enjoy the privileges of a citizen of the United States of America. The Plaintiff attest In Good Faith that the Statement above are true.

IV. **Relief**

The Plaintiff Prays This Honorable Court Awards the Plaintiff actual damages for the total sum of Eighty Thousand Dollars ($80,000.00). The Plaintiff continues to suffer because of the Defendants actions and must summarily leave the household he has taken equity in the past three and half (3 ½) years for the safety of his family.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complain: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

February 17, 2016

*Jose J. Quiros*
Jose D. Quiros
1051 NE 30th Ave
Homestead, FL. 33033
786.410.8947